IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY PETROSKI : CIVIL ACTION
:
VS. : NO. 02-3712
:

SAM'S CLUB, INC. ET AL

## ORDER

AND NOW, this 18th of JUNE, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jan E. Dubois to the Honorable William H. Yohn, Jr.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court